# Cash *against* Baldwin.

For a rule to take depositions under the seal of the court, the prothonotary is entitled to receive only the fee of 25 cents.

ERROR to the Common Pleas of *Bradford* county.

Ethan Baldwin against David Cash. The defendant being the prothonotary, was sued by the plaintiff for charging and receiving 50 cents as a fee for a rule to take depositions under the seal of the court; and the only question was, whether this is the legal fee. The defendant contended that he was entitled to 25 cents for the rule, and 25 cents for the certificate and seal.

CONYNGHAM (President) ruled that the rule, certificate and seal

[Cash v. Baldwin.]

formed but the one instrument, for which the fee-bill allowed the charge of 25 cents, and therefore directed a verdict against the defendant for the penalty.

*Elwell* and *Williston*, for plaintiff in error.
*Baldwin, in propriâ personâ.*

The opinion of the Court was delivered by
SERGEANT, J.—The opinion of the court below is correct; and the reasons for it are so satisfactory, as to render it unnecessary to add anything further.

Judgment affirmed.